Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Bankruptcy Proceeding No.: 19−10662
Chapter: 7
Judge: Jacqueline P. Cox

In Re:
   Fredricka D. Pryor
   7816 S. Damen
   Chicago, IL 60620

Social Security No.:
   xxx−xx−5784

Employer's Tax I.D. No.:

---

PLEASE TAKE NOTICE that a hearing will be held at:

    219 South Dearborn, Courtroom 680, Chicago, IL 60604

    on August 21, 2019 at 10:00 AM

TO CONSIDER AND ACT UPON the following: motion to dismiss

    For the Court,

Dated: July 16, 2019          Jeffrey P. Allsteadt , Clerk
                                            United States Bankruptcy Court